UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VIDERAY TECHNOLOGIES, INC., a Delaware corporation, and TEK84, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>VIKEN DETECTION CORP., a Delaware corporation,<br><br>     Defendant. | CIVIL ACTION NO.: 23-13035-MJJ |

**PLAINTIFFS' MOTION FOR ADMISSION
*PRO HAC VICE* OF ATTORNEYS STEPHEN S. KORNICZKY,
JESSE A. SALEN AND RYAN CUNNINGHAM**

  Pursuant to Local Rule 83.5.3, Plaintiffs VIDERAY TECHNOLOGIES, INC. and TEK84, INC. ("Plaintiffs") respectfully pray for the admission *pro hac vice* of Attorneys Stephen S. Korniczky, Jesse A. Salen and Ryan Cunningham of the law firm Sheppard, Mullin, Richter & Hampton, 12275 El Camino Real, Suite 100, San Diego, CA 92130, to act as counsel for the Plaintiffs.  Attorneys Korniczky, Salen and Cunningham have executed Certificates in accordance with Local Rule 83.5.3, which are submitted herewith.

  The undersigned is a member in good standing of this Court and will act as local counsel and assist Attorneys Korniczky, Salen and Cunningham in the representation of Plaintiffs Videray Technologies, Inc. and Tek84, Inc. in this action.

Dated: December 12, 2023

        PLAINTIFF VIDERAY TECHNOLOGIES, INC. and TEK84, INC.,
By their attorneys,

*/s/ David S. Godkin*
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
Birnbaum & Godkin, LLP
1 Marina Park Drive, Suite 1410
Boston, MA 02210
Tel: (617) 307-6100
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

OF COUNSEL:

Stephen S. Korniczky*
Jesse A. Salen*
Ryan Cunningham*
SHEPPARD, MULLIN, RICHTER & HAMPTON
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Tel.: (858) 720-8900
skorniczky@sheppardmullin.com
jsalen@sheppardmullin.com
rcunningham@sheppardmullin.com

*pro hac vice pending